IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE KEYS | : | CIVIL ACTION |
| | : | NO. 15-4253 |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INSURANCE COMPANY | : | |

## **ORDER**

AND NOW, this 7th day of February, 2017, following a January 25, 2017 bench trial on plaintiff's remaining breach of contract claim and consistent with the following findings of fact and conclusions of law, it is ORDERED that JUDGMENT IS ENTERED in favor of defendant Allstate Property and Casualty Insurance Company and against plaintiffs Valerie Keys and Beneficial Bank (previously Conestoga Bank).

Defendant's pending motion in limine, Dkt. No. 41, to which plaintiff responded, Dkt. No. 44, is DISMISSED as moot.

The Clerk of Court is directed to mark this matter CLOSED.

                                                                  *s/Thomas N. O'Neill, Jr.*
                                                                  THOMAS N. O'NEILL, JR., J.